Cat08, Limbert, Termed

# U.S. District Court
## Northern District of Ohio (Youngstown)
## CIVIL DOCKET FOR CASE #: 4:07-cv-01195-PCE
### Internal Use Only

Thomas v. Pfizer Inc.
Assigned to: Hon. Peter C. Economus
Demand: $25,000,000
Case in other court: Mahoning County Common Pleas, 2007 CV 00942
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/23/2007
Date Terminated: 06/06/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Rosa Thomas**     represented by **Nicholas A. DiCello**
Spangenberg, Shibley & Liber
2400 National City Center
1900 East Ninth Street
Cleveland, OH 44114
216-696-3232
Fax: 216-696-3924
Email: nad@spanglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart E. Scott**
Spangenberg, Shibley & Liber
2400 National City Center
1900 East Ninth Street
Cleveland, OH 44114
216-696-3232
Fax: 216-696-3924
Email: ses@spanglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**     represented by **Anne M. Kordas**
Tucker Ellis & West
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475
216-696-4582
Fax: 216-696-2645
Email: anne.kordas@tuckerellis.com

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By: [signature]
Deputy Clerk

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert C. Tucker**
Tucker, Ellis & West
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115
216-592-5000
Fax: 216-592-5009
Email: rtucker@tuckerellis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald A. Margolis**
Tucker Ellis & West
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475
216-592-5000
Fax: 216-592-5009
Email: ronald.margolis@tuckerellis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew P. Moriarty**
Tucker, Ellis & West
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115
216-696-2276
Fax: 216-592-5009
Email: MMoriarty@tuckerellis.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2007 | 1 | Notice of Removal with jury demand from Mahoning, Case number 2007 CV 942 filed by Pfizer Inc. (Filing fee $350 paid, receipt number 2437473). (Attachments: # 1 Civil Cover Sheet Attachment A)(Moriarty, Matthew) Modified text on 4/24/2007 (H, L). (Entered: 04/23/2007) |
| 04/23/2007 | | Judge Peter C. Economus assigned to case. (H,LA) (Entered: 04/23/2007) |
| 04/23/2007 | | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge George J. Limbert. (H,LA) (Entered: 04/23/2007) |
| 04/24/2007 | | Notice by Clerk that Pfizer Inc. failed to file a corporate disclosure |

| | | |
|---|---|---|
| | | statement as required by Local Rule 3.13(b). (H,LA) (Entered: 04/24/2007) |
| 04/24/2007 | 2 | Order re 1 Notice of Removal. (H,LA) (Entered: 04/24/2007) |
| 04/24/2007 | 3 | Corporate Disclosure Statement filed by Pfizer Inc.. (Moriarty, Matthew) (Entered: 04/24/2007) |
| 04/24/2007 | 4 | Supplement to *Notice of Removal: Common Pleas Complaint* filed by Pfizer Inc.. Related document(s)1. (Moriarty, Matthew) (Entered: 04/24/2007) |
| 04/27/2007 | 5 | Removal Statement filed by Pfizer Inc.. Related document(s)2. (Moriarty, Matthew) (Entered: 04/27/2007) |
| 04/30/2007 | 6 | FILED IN ERROR. See pleading # 8. Answer to Complaint with Jury Demand filed by Pfizer Inc. (Moriarty, Matthew) Modified on 5/1/2007 (S, R). (Entered: 04/30/2007) |
| 04/30/2007 | 7 | FILED IN ERROR. See pleading # 8. Answer to Complaint with Jury Demand filed by Pfizer Inc. (Moriarty, Matthew) Modified on 5/1/2007 (S, R). (Entered: 04/30/2007) |
| 04/30/2007 | 8 | Answer to Complaint with Jury Demand (Related Doc # 1) filed by Pfizer Inc.. (Moriarty, Matthew) Modified on 5/2/2007 (G, D). (Entered: 04/30/2007) |
| 06/06/2007 | 9 | Conditional Transfer Order (CTO-65) ; certified copy from The Judicial Panel on Multidistrict Litigation with case list attached. Clerk, Judicial Panel Multidistrict Litigation transferring case to the Northern District of California and assigned to Judge Charles R. Breyer. (S,J) (Entered: 06/06/2007) |
| 06/06/2007 | 10 | Certified copy of docket sheet and complaint sent to Northern District of California on 6/6/07. (S,J) (Entered: 06/06/2007) |