UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| This Document Relates to: | |
| *ROSA THOMAS* | **STIPULATION AND ORDER OF**<br>**DISMISSAL OF PLAINTIFF WITH** |
| *Plaintiff.* | **PREJUDICE** |
| *vs.* | |
| *PFIZER, INC.* | |

*Defendant.*

Case No. 3:07-cv-3744 CRB

Come now all remaining Plaintiffs in these actions, including Rosa Thomas, and
Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice,
with each side bearing its own attorneys' fees and costs.

DATED: $\underline{Oct\ 20}$, 2009

By: _____

STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)

*Counsel for Plaintiffs*

OF COUNSEL:

SPANGENBERG, SHIBLEY & LIBER LLP
1001 Lakeside Ave. East
Suite 1700
Cleveland, Ohio 44114

(216) 696-3232
(216) 696-3924 (FAX)
SES@Spanglaw.com
NAD@Spanglaw.com

DATED: March 10, 2010          By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES'**

**STIPULATION, IT IS SO ORDERED.**

DATED: 4/5, 2010

Hon. Charles R. Breyer
United States District Court

2